Integral Assist Medical, P.C., as Assignee of LEONID BERKOVICH, Appellant,
against
Tri-State Consumer Insurance Company, Respondent.



Appeal from an order of the District Court of Suffolk County, Third District (C. Stephen Hackeling, J.), dated April 30, 2015. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the District Court which granted defendant's motion for summary judgment dismissing the complaint. There is no merit to plaintiff's argument on appeal that defendant "clearly took an adversarial position" during claims processing in violation of 11 NYCRR 65-3.2 (b). 
Accordingly, the order is affirmed. 
Marano, P.J., Garguilo and Brands, JJ., concur.
Decision Date: January 20, 2017